UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **PALM HARBOR ONE, LLC,** | ) | |
| | ) | Case No. 07-15169-JNF |
| | ) | |
| **Debtor.** | ) | |

ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a)
AUTHORIZING THE EMPLOYMENT OF DUANE MORRIS LLP
AS ATTORNEYS FOR DEBTOR *NUNC PRO TUNC* TO AUGUST 16, 2007

Upon consideration of the Motion of the captioned debtor (the "Debtor") for entry of an order pursuant to 11 U.S.C. §§ 327 and 328 and Rule 2014 of the Federal Rules of Bankruptcy Procedure authorizing the employment and retention of the firm of Duane Morris LLP ("Duane Morris") as attorneys for the Debtor; the Court having reviewed said Motion and the Exhibits thereto; the Court having heard the statements of counsel for all parties who appeared and the Court being fully advised on the record in open court; the Court having core jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. § 157(b)(2)(A) and jurisdiction over these cases under 28 U.S.C. § 1334; it appearing that due notice of the Motion having been provided to the United States Trustee, counsel for the Debtor's pre-petition secured lenders, and to creditors of the Debtor and parties-in-interest as required pursuant to Fed. R. Bankr. P. 2002, and it appearing that no further or other notice need be provided; upon the declaration of Paul D. Moore and any other evidence provided, it appearing that Duane Morris does not hold or represent any interest materially adverse to the Debtor, any creditor of the Debtor, the United States Trustee for this district or any person employed in the United States Trustee's office, or any other party in interest in the Debtor's Chapter 11 proceeding, and that Duane Morris is a "disinterested person" as contemplated under 11 U.S.C. §§ 327 and 328; and appearing further

that the retention of Duane Morris is in the best interests of the Debtor's estate, it is HEREBY ORDERED, DECREED AND ADJUDGED THAT:

1. The retention and employment of the law firm of Duane Morris in this chapter 11 case as attorneys for the Debtor is hereby approved *nunc pro tunc* to August 16, 2007 in accordance with the terms of employment set forth in the Motion.

2. All copies of motions, notices, pleadings and other documents filed in this case and any and all adversary proceedings shall be served upon Duane Morris, LLP, 470 Atlantic Avenue, Suite 500, Boston, Massachusetts 02210-2600, Attention: Paul D. Moore, Esquire.

Dated: _____, 2007

_____
Joan N. Feeney
United States Bankruptcy Judge

DM3\558308.1